UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHELE RENEE GALLOWAY, | * | CIVIL ACTION FILE |
| | * | NO: 1:12-CV-1041-SCJ |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| EXPLORING.COM d/b/ BRUMARK; | * | |
| DAVID WALENS; DONNA WALENS; | * | |
| And VIVEK RUPAREL, | * | |
| | * | |
| Defendants. | * | |

**ORDER APPROVING SETTLEMENT AND DISMISSING
ACTION WITH PREJUDICE**

The parties presented a Second Joint Motion for Entry of Order Approving Settlement and Dismissing Action (the "Motion), whereby they seek the Court's approval of the settlement of Plaintiff's claim under the Fair Labor Standards Act ("FLSA") and the dismissal of their action with prejudice.

Having read and considered the Motion and reviewed the Settlement Agreement and Release of Claims between the Plaintiff and the Defendants, the Court hereby finds that the Settlement is fair and reasonable and approves the same. Accordingly, the parties' Motion is hereby GRANTED and Plaintiff's

claims are hereby dismissed with prejudice, with each party bearing their own costs and attorneys' fees except as otherwise provided in the Settlement.

Entered this 30th day of May, 2012.

                                              **s/Steve C. Jones**
                                              STEVE JONES
                                              JUDGE, United States District Court
                                              Northern District of Georgia